UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

WILLIAM FREDERICK FLYNN,
     Defendant

CRIMINAL NO.
10-10054-001-NMG

ORDER FOR RELEASE

GORTON, D.J.

The defendant has been detained this day by the United States Marshal pursuant to a Warrant for Arrest issued by this Court on September 24, 2010. Government's counsel and defense counsel have jointly and informally requested the release of the defendant today in light of his impending sentencing scheduled for tomorrow, Friday, October 1, 2010, at 12:00 Noon.

The Court will authorize the requested release but forewarns the defendant that failure to appear for his sentencing hearing at the time and place scheduled as noted above can lead to further prosecution and additional punishment and will likely lead to the issuance of a warrant for his arrest.

It is therefore hereby **ORDERED** that the defendant is released forthwith on his current conditions.

Date: 9/30/10

/s/ Nathaniel M. Gorton
United States District Judge